FILED

AUG 28 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _RKM_

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08cr2869-JM |
|---|---|
| Plaintiff, | ) <u>I N F O R M A T I O N</u> |
| v. | ) Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| JORGE LUIS GARCIA-DURAN, aka Jose Garcia-Benitez, | ) Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| Defendant. | ) Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about _April 2000_, within the Southern District of California, defendant JORGE LUIS GARCIA-DURAN, aka Jose Garcia-Benitez, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

FAS:psd:San Diego
8/12/08

<u>Count 2</u>

On or about _March 2007_, within the Southern District of California, defendant JORGE LUIS GARCIA-DURAN, aka Jose Garcia-Benitez, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

<u>Count 3</u>

On or about July 25, 2008, within the Southern District of California, defendant JORGE LUIS GARCIA-DURAN, aka Jose Garcia-Benitez, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: _8/28/08_.

KAREN P. HEWITT
United States Attorney

FRED SHEPPARD
Assistant U.S. Attorney