19

AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JORGE LUIS GARCIA-DURAN
aka Jose Garcia-Benitez,

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr2869-JM

I, JORGE LUIS GARCIA-DURAN, aka Jose Garcia-Benitez, the above named defendant,

who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 -
Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _____ 8/28/08 _____ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_Jorge Luis Garcia Duran_
Defendant

_N/A_
Counsel for Defendant

Before _____
Judicial Officer

FILED

AUG 28 2008

RR